L. M. LONGSHAW *v.* LINNING & JACKSON.

[Abstract Kentucky Law Reporter, Vol. 3—822.]

**Dismissal of Appeal.**
    The Court of Appeals will dismiss an appeal when from the record
it appears that it is prosecuted solely for delay.  An affidavit of the
appellant that the appeal is not prosecuted for delay will not be
considered.

APPEAL FROM CALDWELL CIRCUIT COURT.

May 11, 1882.

*Petition for Rehearing.*

RESPONSE BY JUDGE HINES:

This case affirmed on motion as a delay case.  Appellant files
what he denominates as a petition for rehearing which is noth-
ing more than an affidavit to the effect that the appeal is prose-
cuted in good faith.  The code requires that the court, upon such
motions, shall determine whether the appeal is prosecuted for
delay from an inspection of the record and not from the state-
ment of the appellant as to what his intentions are.
    Petition *overruled.*
    *L. Pepper, for appellant.*
    *H. Burnett, for appellee.*